**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02049-REB-KMT

AISLAND RHODES, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NATIONAL COLLECTION SYSTEMS, INC.,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Motion for Final Approval of Class Action Settlement and Motion for Award of Attorney Fees [ECF 86] entered by Senior United States District Judge Robert E. Blackburn on May 11, 2018, it is

    ORDERED that Plaintiff's Motion for Final Approval of Class Action Settlement [ECF 80], filed April 5, 2018, is granted. It is

    FURTHER ORDERED that a class of

> [a]ll persons with an address in Colorado (1) for whom National Collection Systems, Inc. left, or caused to be left, a voice message, (2) in connection with collection of a consumer debt, (3) from September 17, 2014 to September 17, 2015, (4) that failed to state (a) National Collection Systems, Inc.'s name, or (b) that National Collection Systems, Inc. is a debt collector

is finally certified. It is

FURTHER ORDERED that the class action settlement agreement is approved, pursuant to which, defendant:

a. Shall create a non-reversionary settlement fund in the amount of $8,000, which will be distributed on a pro-rata basis to each class member who submitted a valid claim;

b. Shall pay the class representative, Aisland Rhodes, a $500 incentive award and $1,000 in statutory damages, which amounts are to be paid separately from any other monies paid as part of this settlement; and

c. Will separately reimburse class counsel the total of $4,956.13 for costs associated with class notice and administration that were previously paid by class counsel.

It is

FURTHER ORDERED that Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Costs and Expenses [ECF 81], filed April 5, 2018, is granted. It is

FURTHER ORDERED that counsel for the class is awarded $65,000 in attorney fees and expenses. It is

FURTHER ORDERED that judgment shall enter with respect to all released claims of the class. It is

FURTHER ORDERED that this action is dismissed with prejudice.

DATED at Denver, Colorado, this 14th day of May, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/L.Roberson
        L. Roberson
        Deputy Clerk